Eastern District of Kentucky
**FILED**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT
OF KENTUCKY
LEXINGTON DIVISION

APR 23 2018
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CASE NO. 18-cv-276-KKC

CORY L. CHENAULT SR.,
　　PLAINTIFF,

DEMANDED OF
JURY TRIAL

VS.

RANDSTAD USA, MANUFACTURING & LOGISTICS,
ANNA LEWIS - MARKET MANAGER, JESSICA MARTIN - ASST. BRANCH MANAGER,
SADDLE CREEK LOGISTICS SERVICES,
ZACH PURDOM, MANAGER
　　DEFENDANT(S),

COMPLAINT FOR A CIVIL CASE

I. THE PARTIES TO THIS COMPLAINT
　A. THE PLAINTIFF
　　　NAME:　CORY L. CHENAULT SR.
　　　STREET ADDRESS: 1598 RUSSELL CAVE ROAD
　　　CITY AND COUNTY: LEXINGTON, FAYETTE

STATE AND ZIP CODE: KENTUCKY 40505
TELEPHONE NO.: (859) 684-9393

B. THE DEFENDANT(S)

NAME: RANSTAD, USA, MANUFACTURING & LOGISTICS
JOB OR TITLE: COMPANY STAFFING/RECRUITING
STREET ADDRESS: 3070 LAKECREST CIR. SUITE 300
CITY AND COUNTY: LEXINGTON, FAYETTE
STATE AND ZIP CODE: KENTUCKY, 40513
TELEPHONE NO.: (859) 219-9675

NAME: ANNA LEWIS
JOB OR TITLE: MARKET MANAGER
STREET ADDRESS: 3070 LAKECREST CIR. SUITE 300
CITY AND COUNTY: LEXINGTON, FAYETTE
STATE AND ZIP CODE: KENTUCKY, 40513
TELEPHONE NO.: (859) 219-9675
E-MAIL ADDRESS: anna.lewis@randstadusa.com

NAME: JESSICA MARTIN
JOB OR TITLE: ASSISTANT BRANCH MANAGER
STREET ADDRESS: 3070 LAKECREST CIR. SUITE 300
CITY AND COUNTY: LEXINGTON, FAYETTE
STATE AND ZIP CODE: KENTUCKY, 40513
TELEPHONE NO.: (859) 219-9675
E-MAIL ADDRESS: jessica.martin@randstadusa.com

NAME: SADDLE CREEK LOGISTICS SERVICES
JOB OR TITLE: COMPANY
STREET ADDRESS: 1353 BAKER COURT
CITY AND COUNTY: LEXINGTON, FAYETTE
STATE AND ZIP CODE: KENTUCKY, 40511
TELEPHONE NO.: (859) 663-2069

NAME: ZACH PURDOM
JOB OR TITLE: MANAGER
STREET ADDRESS: 1353 BAKER COURT
CITY AND COUNTY: LEXINGTON, FAYETTE
STATE AND ZIP CODE: KENTUCKY, 40511
TELEPHONE NO.: (859) 553-9215

## II. BASIS FOR JURISDICTION

FEDERAL QUESTION

A. ISSUE IN THIS CASE
FAIR LABOR STANDARDS ACT (FLSA), FAIR EMPLOYMENT PRACTICE, FAIR EMPLOYMENT ACT, UNFAIR LABOR PRACTICES OF EMPLOYERS, DISCRIMINATION, EQUALITY ACT 2010.

## III. STATEMENT OF CLAIM

THE PLAINTIFF (CORY L. CHENAULT SR.), AN TEMPORARY OR STAFFING WORKER EMPLOYED BY DEFENDANT(S) (RANDSTAD USA, ANNA LEWIS, AND JESSICA MARTIN) OFFICE, SENT

to work for Defendant(s)(Saddle Creek Logistics Services - under supervision of Zach Purdom) Company, starting on March 12, 2018, Monday at 8:00am - Due to Power Outage Defendant(Zach Purdom) allowed all employee(s) to leave at 8:45am with option to return at 1:00pm. Plaintiff return to work at 1:00pm and at 1:30pm was allowed to leave for the day, because of Power Outage. Plaintiff worked that week Tuesday March 13, 2018 time 6:00am-5:00pm, Wednesday March 14, 2018 time 6:00am-6:00pm, in which Plaintiff was told by Defendant (Zach Purdom) the first day, that he would write down Plaintiff's work time until Defendant (Zach Purdom) was able to give Plaintiff a clock-in/time pin number and badge to access building enterance.. Plaintiff didnt use or have access to clock-in until Thursday March 15, 2018 time 6:00am-5:00pm worked and Friday March 16, 2018 time 6:00am-6:00pm. Plaintiff contact Defendant(s)(Randstad USA Manufacturing & Logistics Services) to check on time work on Monday March 19, 2018 while at work 6:00am-6:00pm., was told by one of office personnel that would have to wait until the next day. Tuesday March 20, 2018 time 6:00am-5:00pm, called Defendant's (Randstad USA) office and was told everyone was out to lunch and could call back. Wednesday March 21, 2018 time 6:00am-5:00pm, contact Defendant (Randstad USA), was finally able to find out the Plaintiff was only getting or had 20 hours work time. Thursday March 22, 2018, Plaintiff sent a text message to Defendant (Zach Purdom) at 6:00am, later the morning Plaintiff called Defendant (Anna Lewis-

Market Manager, Randstad USA) to correct the error with my work time.. Defendant said that she would check on the time and call back. Plaintiff was due to become paid the next, on Friday for time worked the week before.. Plaintiff didnt hear from Defendant (Anna Lewis) and have tried to contact her for several days and week, until going in to office. When Defendant (Jessica Martin - Asst. Branch Manager) that was at office continue to tell more lies and showed no concern for Plaintiff's problem. Having filed this Plaintiff hasnt heard from Defendant(s) (Randstad USA - Anna Lewis, Jessica Martin) nor received time or money for loss time.. Violating Equality Act 2010 and Discriminating.

IV. RELIEF

Plaintiff ask that the court order all Defendant(s) (Randstad USA Manufacturing & Logistics - Anna Lewis, Market Manager - Jessica Martin, Asst. Branch Manager) (Saddle Creek Logistics Services, Zach Purdom) involved to pay for the emotional stress, time loss in wages, overtime earned loss, future wages loss, loss of employment, Punitive Damage and exemplary - in the amount of $500,000⁰⁰.. Due to the cause of financial troubles and permanent employment opportunities loss with company.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04-23-2018

Signature of Plaintiff: _CC Hewmitt Sr_
Printed Name of Plaintiff: _CORY E. CHENAULT SR._

### B. For Attorneys

Date of signing: _____

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Street Address  _____
State and Zip Code  _____
Telephone Number  _____
E-mail Address  _____

## CERTIFICATE OF SERVICE

Cory L. Chenault Sr.
1598 Russell Cave Rd.
Lexington, KY 40505
(859) 684-9393

I hereby certify that a copy of this document, complaint for a civil case has been filed with the clerk of United States District Court for the Eastern District of Kentucky Lexington Division on this 23rd day of April 2018.

I further certify that I mailed a copy of said document by regular U.S. mail to all parties in defendant(s). On about this 23rd day of April 2018.

Randstad USA Manufacturing & Logistics,
Anna Lewis - Market Manager,
Jessica Martin - Asst. Branch Manager
3070 Lakecrest Cir. Ste 300
Lexington, KY 40513


Saddle Creek Logistics Services,
Zach Purdom,
1353 Baker Court
Lexington, KY 40511